UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON SAMIR BAZZI,

    Petitioner,

                                       Case No. 1:10-cv-799

v.

                                       HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

    Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   January 20, 2015                            /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District